# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HAM, *et al.*, | |
| Plaintiffs, | Case No. 2:11-CV-01544-KJD-RJJ |
| v. | **ORDER** |
| JP MORGAN CHASE BANK N.A., *et al.*, | |
| Defendants. | |

  Presently before the Court is Plaintiffs' Motion to Remand (#8). Defendants filed a response in opposition (#14) to which Plaintiffs replied (#15). Also before the Court is Plaintiffs Motion for Declaratory Relief (#9). Defendants filed a response in opposition (#12/21) to which Plaintiffs replied (#23).

  Having read and considered Plaintiffs' motion to remand, it is denied. The face of the complaint raised issues of federal law despite the labels Plaintiffs put on the causes of action. Furthermore, diversity jurisdiction exists because the amount in controversy exceeds $75,000 and Plaintiffs and Defendants are completely diverse. Finally, Defendants all adequately and timely signaled their agreement to removal.

  Finally, Plaintiffs' motion for declaratory relief is denied as premature and moot. First, Defendants rescinded the foreclosure sale. Second, Plaintiffs' motion is essentially a motion for

summary judgment on the claims in.  However, discovery has yet to take place.  Therefore, the Court denies Plaintiffs' motion for declaratory relief.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand (#8) is **DENIED**;

**IT IS FURTHER ORDERED** that Plaintiffs Motion for Declaratory Relief (#9) is **DENIED**.

DATED this 3rd day of February 2012.

_____
Kent J. Dawson
United States District Judge